IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:99CR16 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | MEMORANDUM |
| ) | AND ORDER |
| GUILLERMO ALDACO, JR., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's notice of appeal (Filing No. 184) and the copy of the memorandum submitted by the Clerk (Filing No. 185).

The Defendant was represented in this Court by retained counsel. He timely filed his notice of appeal pro se. Federal Rule of Appellate Procedure 24(a)(1) provides that a defendant requesting appointed counsel on appeal must file in district court a motion for leave to proceed in forma pauperis and attach an affidavit that, in pertinent part, "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or give security for fees and costs." Fed. R. App. P. 24(a)(1)(A). If the Defendant submits a motion and affidavit as required by Rule 24(a)(1), the Defendant's request will be reconsidered.

IT IS ORDERED:

1.  The Defendant is denied, without prejudice, leave to proceed in forma pauperis on appeal; and

2.  The Clerk shall mail a copy of this order to the Defendant at that address.

DATED this 19th day of August, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

1