### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:99CR16** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **GUILLERMO ALDACO, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 189), filed under Federal Rule of Appellate Procedure 24(a). The Defendant, who was represented by retained counsel in this Court, has filed a notice of appeal. (Filing No. 188.) The motion includes an affidavit regarding the Defendant's financial status, and the Defendant filed his trust account statement (Filing No. 190).

IT IS ORDERED:

1.    The Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 189) is granted; and

2.    The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 8th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge